Civil Action No.    **6:25-CV-103**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **New York Tribeca Group LLC**
was recieved by me on  **4/03/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Mike Gochem- Agent - ABLE TO ACCEPT**, who is designated by law to accept service of process on behalf of **New York Tribeca Group LLC** at **75 Broad Street 23rd floor, New York, NY 10004** on **04/11/2025 at 11:44 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   04/11/2025

*Server's signature*

**Michael Whyte**
*Printed name and title*

**392 Roberts Avenue
Apt. 1
Yonkers, NY 10701**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; CIVIL COVER SHEET; SUMMONS,  to Mike Gochem- Agent - ABLE TO ACCEPT who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs.  Salt &;pepper  hair**




Tracking #: **0165401426**