**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JUSTIN TATUM**,<br><br>Plaintiff<br><br>*versus*<br><br>**NEW YORK TRIBECA GROUP LLC,** a New York Corporation<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 6:25-CV-103 JL** |

**REQUEST FOR ENTRY OF DEFAULT**

Plaintiff, Justin Tatum, requests that the Clerk of Court enter Default against Defendant New York Tribeca Group LLC pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated: May 5, 2025

Respectfully Submitted,

/s/ Omar Darwich______________

Omar Darwich
The Darwich Law Firm, LLC
Attorney for Plaintiff
6090 Surety Dr., #305
El Paso, Texas 79905
915-671-2221
Email: omar@darwichlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2025, I caused a true copy of the foregoing, Plaintiff's Request For Entry Of Default, including the affidavit and proposed entry to be served via USPS mail to Defendant at 75 Broad Street 23rd Floor, New York, NY 10004.

May 5, 2025.

Respectfully Submitted,

/s/ Omar Darwich_______________

Omar Darwich
The Darwich Law Firm, LLC
Attorney for Plaintiff
6090 Surety Dr., #305
El Paso, Texas 79905
915-671-2221
Email: omar@darwichlegal.com