**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **JUSTIN TATUM**,<br><br>Plaintiff<br><br>*versus*<br><br>**NEW YORK TRIBECA GROUP LLC,** a New York Corporation<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 6:25-CV-103 JL** |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Omar Darwich, declare under penalty of perjury, state as follows:

1. I represent Plaintiff in the above-entitled action, and I am familiar with the file, records, and pleadings in this matter.
2. The Complaint was filed on March 27, 2025. (ECF 1).
3. A summons was issued on March 27, 2025. (ECF 2).
4. Defendant New York Tribeca Group, LLC was served on April 11, 2025. (ECF 3).
5. We hired a company called "ABC Legal" to effectuate service.
6. The summons was served on Mike Gochem-Agent-Able to Accept, who is designated by law to accept service of process on behalf of Defendant New York Tribeca Group LLC at 75 Broad Street 23rd floor, New York, NY 10004. (ECF 3).
7. Defendant has failed to appear, plead or otherwise defend within the time allowed and therefore, is now in Default.

8. I request that the Clerk of Court enter Default against Defendant.

Dated: May 5, 2025

_/s/ Omar Darwich_________________________

Omar Darwich