**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JUSTIN TATUM**,<br><br>Plaintiff<br><br>*versus*<br><br>**NEW YORK TRIBECA GROUP LLC,** a New York Corporation<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 6:25-CV-103 JL** |

**ENTRY OF DEFAULT**

Plaintiff's Original Complaint was filed in this case on March 27, 2025 (ECF 1). The summons and complaint were duly served upon Defendant New York Tribeca Group, LLC, on April 11, 2025(ECF 3). More than twenty-one (21) days have passed, and no answer or other pleading have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff (ECF 4), default is hereby entered against Defendant New York Tribeca Group LLC pursuant to Rule 55(a), Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT ★ EASTERN DISTRICT OF TEXAS ★

By David A. O'Toole
Clerk