abclegal

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

BILL TO:

**The Darwich Law Firm, LLC**
**300 Weatherstone Dr #190, Wadsworth**
**OH 44281**

| | |
|---|---|
| INVOICE# | 21311568.100 |
| DATE | Mar 27, 2025 |
| ACCOUNT# | 169581 |
| ATTENTION | omar@darwichlegal.com |
| REFERENCE# | 22 |
| **AMOUNT DUE** | **$ 0.00** |

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** 1 (8).pdf, 1-1 (9).pdf, Tatum v. NY Tribeca Summons (1).pdf<br>**Rush Requested:** No<br>**Parties To Serve:** 1 | 75.00 |
| | | |

| | |
|---|---|
| SUBTOTAL | $ 75.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 75.00** |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Visa ending in 3211 | March 27, 2025 | 75.00 |
| | | |

| | |
|---|---|
| **AMOUNT PAID** | **$ 75.00** |
| **AMOUNT DUE** | **$ 0.00** |

abclegal

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**The Darwich Law Firm, LLC**
**300 Weatherstone Dr #190, Wadsworth**
**OH 44281**

| | |
|---|---|
| INVOICE# | 21395355.100 |
| DATE | Apr 02, 2025 |
| ACCOUNT# | 169581 |
| ATTENTION | omar@darwichlegal.com |
| REFERENCE# | 22 |
| **AMOUNT DUE** | **$ 0.00** |

| | |
|---|---|
| CASE # | 6:25-CV-103 |
| CASE TITLE | Justin Tatum v. New York Tribeca Group LLC |
| COURT | US District Court, Texas, Eastern District, Tyler |

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Effect Service of Process** | | |
| Process Service - Additional Address | **Subject:** New York Tribeca Group LLC<br>**Address:** 75 Broad Street 23rd floor, New York, NY 10004 | 75.00 |
| | | |

| | |
|---|---|
| SUBTOTAL | $ 75.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 75.00** |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Visa ending in 3211 | April 02, 2025 | 75.00 |
| | | |

| | |
|---|---|
| **AMOUNT PAID** | **$ 75.00** |
| **AMOUNT DUE** | **$ 0.00** |