**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JUSTIN TATUM**,<br><br>Plaintiff<br><br>*versus*<br><br>**NEW YORK TRIBECA GROUP LLC,** a New York Corporation<br><br>Defendant. | §<br>§<br>§<br>§ **JL**<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 6:25-CV-103** |

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

**UNDER THE PENALTY OF PERJURY**

"My name Justin Tatum and I am over the age of 18. I am competent to testify and therefore make this Affidavit. This Affidavit is based on my personal knowledge, and the facts are true and correct to the best of my knowledge. I make this Affidavit under the penalty of perjury.

1. I am the Plaintiff in this case.
2. It cost me (through my attorney) $405.00 in filing fees to initiate this lawsuit.
3. I engaged a process server (through my attorney) to serve Defendant through a company called "ABC Legal". I paid them (through my attorney) $150 dollars.

4. To the best of my knowledge Defendant was properly served as evidenced by a sworn affidavit produced by ABC Legal.
5. Defendant did not enter an appearance or file an answer or responsive pleading.
6. I have identified 34 unsolicited calls that came from Defendant.
7. I have no business relationship with Defendant and have never given them my consent to call me.
8. All the calls were knowing and willfully made.
9. I am asking the Court to award me treble damages pursuant to 47 U.S.C. §227(c). Thus I am asking the Court to award me $51,000.00.
10. In addition, I am asking the Court to award me $5,000.00 per call for all 34 calls pursuant to Texas and Business Commerce Code Section 302.101. Thus I am asking the Court to award me an additional $170,000.00.
11. I am also asking the Court to award my attorney fees. My attorney has expended 2 hours in total as of the filing of this motion and bills a reasonable $350/hr. Thus I am asking the Court to award me an additional $700.00.
12. In total I am asking the Court to award me: $222,255.00.
13. Defendant is not an infant, incompetent person, or member of the United States Military who is in active duty. Defendant is not an officer or agent of the United States.
14. Moreover, this Court has personal jurisdiction over Defendant because they purposefully availed themselves to this State. Defendant directed their phone calls into Texas and Texas has an interest in protecting her citizens and enforcing its consumer protection laws.

Dated: ______________________________

Justin Tatum.