**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JUSTIN TATUM**,<br><br>Plaintiff<br><br>*versus*<br><br>**NEW YORK TRIBECA GROUP LLC,** a New York Corporation<br><br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 6:25-CV-103 JL** |

**(*PROPOSED*) JUDGMENT BY DEFAULT**

Pursuant to Rule 55(b)(1), FRCP, it appears that judgment by default should be entered against Defendant New York Tribeca Group LLC based on the following:

1. Plaintiff has certified to personal jurisdiction and service of process and that the Defendant is not an infant, incompetent person, in active military service of the United Staes of America or its officers or agents.
2. Defendant has not appeared in this action.
3. The clerk's default against Defendant was entered on May 5, 2025.
4. The amount claimed is a sum certain in the amount of $222,255.50

Accordingly, judgment is hereby entered in favor of the Plaintiff in the amount of $222,255.00.

Date:

______________________________
The Honorable John D. Love
US District Judge