**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| JUSTIN TATUM, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 6:25-cv-103-JDK |
| NEW YORK TRIBECA GROUP LLC, | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), the Court hereby enters Final Judgment. For the reasons set forth in the Court's corresponding order adopting the Report and Recommendation of the Magistrate Judge as modified, the Court finds that Plaintiff is entitled to default judgment.

It is **ORDERED** that Plaintiff shall recover from Defendant: $17,000 in statutory damages pursuant to 47 U.S.C. § 227(c)(5), $170,000 in statutory damages pursuant to § 302.101 of the Texas Business and Commerce Code, and $405 in costs. Interest shall accrue on the monetary amounts awarded in this Judgment at the rate of 3.97% per annum, from the date of entry of this Judgment until this Judgment is paid. 28 U.S.C. § 1961.

The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as necessary or appropriate to implement and enforce

the provisions of this Final Judgment. Plaintiff shall immediately serve a copy of this Final Judgment on Defendant at its address of record. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **7th** day of **July, 2025.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE