FILED
DEC 02 2025
Clerk, U.S. District Court
Texas Eastern

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JUSTIN TATUM, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 6:25-cv-103-JDK |
| New York Tribeca Group, LLC | § | |
| Defendant. | § | |

PLAINTIFF'S APPLICATION FOR WRIT OF GARNISHMENT (POST-JUDGMENT)

Plaintiff Justin Tatum, proceeding pro se, applies for issuance of a Writ of Garnishment against Customers Bank as garnishee.

A final judgment was entered on July 7, 2025 in favor of Plaintiff and against Defendant New York Tribeca Group LLC in the amount of $187,405.00 plus post-judgment interest at 3.97% per annum.

As of the date of this Application, the total amount due with accrued interest is $190,401.00. Defendant has failed to satisfy this judgment.

Plaintiff requests issuance of a Writ of Garnishment directed to Customers Bank, with service on its Texas Registered Agent:

Corporation Service Company
Registered Agent for Customers Bank
211 E. 7th Street, Suite 620
Austin, TX 78701

Plaintiff further requests that the Clerk set the appropriate bond required by law.

Respectfully submitted,

Justin Tatum
471 Utah Avenue